FRANCIS C. THAYER, Respondent, *v.* THE CITY OF NEW YORK, Appellant.

Argued October 11, 1944; decided November 16, 1944.

*Ignatius M. Wilkinson, Corporation Counsel (Murray Sendler* of counsel), for appellant.

*George Gordon Battle* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY and DESMOND, JJ. Taking no part: THACHER, J.